No. 138. COMMISSIONER OF INTERNAL REVENUE *v.* SMITH, *ante,* p. 278;

No. 205. UNITED STATES *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL., *ante,* p. 295;

No. 206. COUNTY OF MINERAL, NEVADA, *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL., *ante,* p. 295;

No. 446. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, LOCAL UNION NUMBER 406, ET AL. *v.* POSTMA, DOING BUSINESS AS HAROLD F. POSTMA GRAVEL CO., ET AL., *ante,* p. 922;

No. 495. CALIFORNIA ELECTRIC POWER CO. *v.* FEDERAL POWER COMMISSION ET AL., *ante,* p. 934;

No. 581. VAHLBERG *v.* OKLAHOMA, *ante,* p. 923;

No. 618. FRIEDMAN ET AL. *v.* UNITED STATES, *ante,* p. 926;

No. 623. BINION *v.* UNITED STATES, *ante,* p. 935;

No. 72, Misc. SUKOWSKI *v.* RAGEN, WARDEN, *ante,* p. 928;

No. 334, Misc. MAUGHS *v.* ROYSTER, SUPERINTENDENT OF STATE PRISON FARM, *ante,* p. 912;

No. 336, Misc. JOHNSON *v.* UNITED STATES, *ante,* p. 928;

No. 368, Misc. GOODMAN ET AL. *v.* McMILLAN, *ante,* p. 929; and

No. 388, Misc. HOURIHAN *v.* NATIONAL LABOR RELATIONS BOARD ET AL., *ante,* p. 930. Petitions for rehearing denied.

No. 345, Misc. RUSHKOWSKI *v.* BURKE, WARDEN, ET AL., *ante,* p. 919. Second petition for rehearing denied.

No. 475, Misc., October Term, 1951. AYERS *v.* PARRY ET AL., 343 U. S. 980. Rehearing denied.